

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/29/2020

| | | |
|---|---|---|
| IN RE: | § | |
| ISABEL MATA; aka VILLARREAL | § | CASE NO: 16-33808 |
|    Debtor | § | |
| | § | CHAPTER 7 |
| | § | |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, Cooper & Scully is awarded fees and expenses of $ 38,795.46.

SIGNED 10/29/2020

_____
Marvin Isgur
United States Bankruptcy Judge

1